BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

CARL V. MALMSTROM (*pro hac vice forthcoming*)
malmstrom@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLC**
111 W. Jackson Blvd.
Chicago, IL 60077
Telephone: 312/984-0000
Facsimile:  212/545-4677

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| CHRIS DAIDA, individually and on behalf of all others similarly situated, | Case No. |
| | **CLASS ACTION COMPLAINT** |
|               Plaintiff, | |
|   v. | **JURY TRIAL DEMANDED** |
| ZINUS, INC., a California Corporation, | |
|               Defendant. | |

Plaintiff Chris Daida ("Plaintiff"), individually and on behalf of all other similarly situated individuals, hereby alleges upon personal knowledge of the facts respectively pertaining to his own actions, and upon information and belief as to all other matters, by and through his undersigned counsel, and brings this Class Action Complaint against defendant Zinus, Inc. ("Zinus" or "Defendant").

## NATURE OF THE ACTION

1. Zinus is one of a number of mattress manufacturers who have entered the market as a disruptor of the traditional showroom-based retail mattress industry. With a focus on online sales and sales through "big box" retailers – such as Target and Walmart – rather than through traditional furniture or mattress stores, Zinus markets itself as a trendy, cost-effective alternative to traditional mattress producers and retailers.

2. Zinus sells its mattresses both through its own online shop (www.zinus.com) as well as through a number of online retailers, including Amazon, Walmart.com, Target.com, and Wayfair. Positive reviews from notable entities such as the New York Times[1] and New York Magazine[2] have helped Zinus generate more than $100 million a year in revenue.[3]

3. Zinus uses fiberglass sleeves in the manufacture of its all of its mattresses as an inexpensive flame retardant. However, this fiberglass can routinely seep through the inexpensive, porous outer cover of the mattress causing painful irritation, breathing problems, and rashes to people exposed to the loose fibers. As the Illinois Department of Health has pointed out, "Little information is known about the health effects caused by small [glass] fibers. Smaller fibers have the ability to reach the lower part of the lungs increasing the chance of

---

[1] *See* Joanne Chen, *The best Memory Foam Mattresses You Can Buy Online,* NEW YORK TIMES, (June 10, 2020), https://www.nytimes.com/wirecutter/reviews/best-foam-mattresses-you-can-buy-online/ (last visited Aug. 10, 2020).

[2] *See* Kelsey Darragh, *I Want to Publicly Thank My Twitter Followers for Telling Me About This $258 Mattress*, NEW YORK MAGAZINE (Mar. 9, 2020), https://nymag.com/strategist/article/zinus-memory-foam-mattress-review-2020.html?utm_source=partner&utm_medium=outreach&utm_campaign=0520 (last visited Aug. 10, 2020.

[3] *See* https://www.dnb.com/business-directory/company-profiles.zinus_inc.b730cb45cea29a3f7b95b81b6fa7c404.html (last visited Aug. 10, 2020).

adverse health effects."[4]

4.      Nonetheless, in order to produce mattresses as cheaply as possible, Zinus has opted to include fiberglass sleeves in the manufacture of its mattresses as a flame retardant. Other options to make mattresses flame retardant are both widely available and also inexpensive, but Zinus has chosen to use fiberglass as it is one of the absolute cheapest materials available for flame retardancy.

5.      This is had led to numerous complaints, including complaints online generally, complaints to the CPSC, and complaints to the company itself.   Numerous people have complained of breathing problems, itchiness, rashes, and severe discomfort from this fiberglass seepage.   Consumers, including Plaintiff, have needed to cease using or throw out their mattresses and have incurred costs remediating the fiberglass fibers left strewn about their houses or apartments.

6.      In spite of this, Zinus has made no effort to recall its mattresses or modify its mattress flame retardance materials, and it continues to sell them and extol their virtues.

7.      Plaintiff, individually and on behalf of similarly situated consumers, seeks to recover damages, treble damages, costs related to mitigation and remediation, equitable relief, including injunctive relief in the form of a complete recall of all affected mattresses, restitution, disgorgement, reasonable costs and attorneys' fees, and all other remedies this Court deems proper.

## PARTIES

8.      Plaintiff Chris Daida is a natural person residing in Honolulu County, Hawaii.

9.      On or about January 27, 2016, Plaintiff purchased a Sleep Master Ultima® Comfort Memory Foam 6 Inch Twin Zinus mattress from Amazon.com, paying $105.54.   On or about June 9, 2020, Plaintiff discovered small shards of fiberglass strewn throughout his daughter's bedroom.   This caused Plaintiff to need to purchase a new mattress for his daughter as well as to spend several hours remediating the fiberglass leakage throughout his daughter's room

---

[4]   Illinois Department of Public Health, *Environmental Health Fact Sheet – Fiberglass*, http://www.idph.state.il.us/envhealth/factsheets/fiberglass.htm, (last visited Aug.   10, 2020).

1  and his apartment as a whole.

2      10.    Defendant Zinus, Inc. is a California corporation with its principal place of

3  business at 5731 Promontory Parkway, Tracy, California, 95377.  Zinus, Inc. is a subsidiary of

4  Zinus, Inc., a Republic of Korea company publicly traded on the Korea Composite Stock Price

5  Index.

6                         **JURISDICTION AND VENUE**

7      11.    This Court has jurisdiction pursuant to 28 U.S.C. § 1332(d)(2) ("The Class Action

8  Fairness Act") because sufficient diversity of citizenship exists between the parties to this action,

9  the aggregate amount in controversy exceeds $5,000,000, exclusive of interests and costs, and

10 there are 100 or more members of the Class.

11     12.    This Court has personal jurisdiction over Defendant, which has its principal place

12 of business in this district and which is authorized to and regularly conducts business in the

13 Eastern District of California.

14     13.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) & (2) because

15 Defendant is a corporation with its principal place of business within this District, and a

16 substantial part of the events and omissions giving rise to this action occurred in this District.

17                          **FACTUAL ALLEGATIONS**

18     14.    Zinus was founded in 1987 as Jinwoong, Inc. as a producer of tents and household

19 fabrics.  Jinwoong became a producer of tents and mobile furniture for Walmart and other large

20 retailers, like Sears.[5]

21     15.    Following name changes, a private-equity investment, and ventures into

22 inexpensive indoor furniture[6], Jinwoong changed its name to Zinus in 2002.

23     16.    In 2003, Zinus began producing low-cost mattresses.[7]

24

25 [5] *See   Wal-Mart's   Tent   Guy*, FROBES   (Apr.   14,   2002),
   https://www.forbes.com/forbes/2002/0415/124.html#24163df112d1 (last visited Aug. 10, 2020).

26 [6] *Id.*

27 [7] *See* Douglas Kim, *Zinus IPO Preview (Par 1) – An Amazing Comeback Story (#1 Mattress Brand on
   Amazon)*, SMARTKARMA (Sept. 19, 2017), https://www.smartkarma.com/insights/zinus-ipo-preview-part-
28 1-an-amazing-comeback-story-1-mattress-brand-on-amazon ( last visited July 13, 2020).

17.     In 2018, Zinus was seen as a turn-around story and was relisted on the Korea Composite Stock Price Index as one of the most hotly-anticipated initial public offerings of the year.[8]

18.     Today Zinus has a nationwide revenue of at least $123 million a year.[9]

19.     As of this writing, three of the top ten best-selling mattresses on Amazon.com are manufactured by Zinus.[10]

20.     Zinus' mattress have been at the heart of the company's turnaround, in which the company markets itself as a purveyor of stylish, inexpensive, and easy-to-ship mattresses that are largely sold online.

21.     However, *all of* Zinus' mattresses use fiberglass as a flame retardant in their mattresses.[11]  Zinus, however, does not disclose this fact on their website.  Instead, in the FAQs, Zinus notes only that, "All of our mattresses have been tested and meet the requirements of the Cigarette Smoldering Text (16 CFR Part 1632) and the Open Flame Test (1633-Federal flammability) . . .Yes Zinus is CertiPUR-US® certfified! Since most people spend so much time in bed, we feel like they should be snuggling on the healthiest of foams."[12]

22.     Similarly, in response to the FAQ asking, "What are Zinus memory foam mattresses made of?"  Zinus answers merely, "Memory foam should just remember good things (like your sleep style) and forget the bad stuff like smelly smells. Which is why we designed our memory foam, known as BioFoam®, with natural ingredients like green tea extract, castor natural seed oil and all-natural charcoal to help absorb moisture and keep your mattress smelling

---

[8] *Id.*

[9]  *See* https://www.dnb.com/business-directory/company-profiles.zinus_inc.b730cb45cea29a3f7b95b81b6fa7c404.html (last visited Aug. 10, 2020).

[10] *See* https://www.amazon.com/Best-Sellers-Home-Kitchen-Mattresses/zgbs/home-garden/3732981 (last visited Aug. 10, 2020).

[11] *See Which Memory Foam Mattresses Do Not Contain Fiberglass?,* J. SNOW CREATIONS (Oct. 3, 2019) https://www.jsnowcreations.com/reviews/which-memory-foam-mattresses-do-not-contain-fiberglass/ (last visited Aug. 10, 2020).

[12] *How do I know Zinus Mattress is safe? Is your foam CertiPUR-US® certified?,* ZINUS FAQs (June 26, 2019),      https://support.zinus.com/hc/en-us/articles/360000223172-How-do-I-know-a-Zinus-mattress-is-safe-Is-your-foam-CertiPUR-US-certified- (last visited Aug. 10, 2020).

fresh."[13]

23.     In fact, nowhere on Zinus's website does it affirmatively mention that its mattresses contain fiberglass.

24.     However, as stated *supra*, all mattresses sold in the United States are required to pass a mattress flammability test as set out by the Consumer Product Safety Commission.[14]

25.     Mattress manufacturers are not required to use fiberglass as a flame retardant, though many choose to do so because it is extremely inexpensive.[15]

26.     As a result, fiberglass sleeves or socks are frequently used in the manufacture of inexpensive mattresses.   While this information is disclosed on the tag – which a customer purchasing online will only find once their mattress arrives – it is not disclosed elsewhere in many companies' advertising, including Zinus'.

27.     Fiberglass from such cheaply-made sleeves can easily begin to fray during usage and seep out from the mattress cover, even when the mattress cover is intact.

28.     Zinus is aware of this fact.   Zinus even includes in its drop-down menu for reasons to contact Zinus "Glass Fiber (Intact Cover)" on its "Submit a Request" page.[16]

29.     Numerous complaints have been made online by people with the same experience as Plaintiff, that is people who did not remove their mattress cover, but have nonetheless experienced fiberglass seepage.

30.     A representative sample include the following complaints:

> I got a Zinus 12" Green Tea Memory Foam mattress a couple weeks ago. Within a couple days I was noticing irritated skin and random itches in bed. At

---

[13]   *What are Zinus memory foam mattresses made of?,* ZINUS FAQs (June 12, 2019), https://support.zinus.com/hc/en-us/articles/360028668052-What-are-Zinus-memory-foam-mattresses-made-of- (last visited Aug. 11, 2020).

[14]   *See Requirements for Mattresses and Mattress Pads,* U.S. CONSUMER PRODUCT SAFETY COMMISSION, OFFICE      OF      COMPLIANCE      (Aug.      2002),      https://www.cpsc.gov/s3fs-public/pdfs/blk_media_regsummattress.pdf (last visited Aug. 11, 2020).

[15]   *See, e.g.,* ALIBABA.COM, https://www.alibaba.com/product-detail/55-Fiberglass-45-Modacrylic-FR-Fire_62267606860.html?spm=a2700.pc_countrysearch.main07.3.6c2c14c6TYSKZC (last visited Aug. 11, 2020).

[16]   *See* ZINUS.COM,   https://support.zinus.com/hc/en-us/requests/new (last visited Aug. 11, 2020).

that point I shined a flashlight over my sheets and noticed a lot of tiny glass fibers already embedded into them. I was horrified and instantly returned the mattress. I think it also caused some throat/lung/eye irritation in the short time I had it. As I carried it downstairs for the return, it even infested my shirt with a ton of glass fibers as a farewell gift.[17]

THIS BED CONTAINS FIBERGLASS!!!It comes off on the sheets and throughout the protective lining. I was horrified. Luckily I found out before I slept on it and now I cant get it out of my house fast enough. It is truly shocking that this stuff is in bedding and I saw it with my own eyes. Amazon was great so I will continue shopping with them but this bed is not staying anywhere near my family. It was disappointing and very scary given the fact that all the reviews were great. If you choose to keep the bed or buy one make sure that you NEVER take off the cover. That is the only barrier between you and the fiberglass ( just to be clear I did not take the cover off and still could see the fiberglass shards on my bed frame). Will not he buying a foam mattress again.[18]

I got this mattress when I moved to a new part of the country. Soon after I moved, and started sleeping on this mattress, my ability to smell and breathe through my nose, was impacted. It just felt like my nose was a little stuffy all the time, even though there was no extra mucous/snot in my nose. I thought the change in my ability to breath through my nose was due to year-round allergies in a new region.

After moving back to my original location, my nasal problems remained constant. In this second move back home, I ordered a Zinus platform that had a cloth cover. A few months later, I noticed that the platform cover shed lots of little shiny fibers onto the floor.

I looked it up; fiberglass. Weird! I looked at this Zinus mattress, too, and the tag indicated fiberglass was used in the mattress cover. I had NEVER removed the cover of the mattress (or the platform). I often sleep on my stomach, with my face almost buried in the mattress. I wonder if I was breathing in tiny particles of fiberglass. It was thin fabric that was distorted for 6-8 hours every night, for over two years. It is not outside the realm of possibility that some small pieces could have worked their way out.[19]

---

[17] https://www.reddit.com/r/Mattress/comments/b55qru/zinus_12_memory_foam_cloud_mattress_shedding/ (last visited Aug. 11, 2020).

[18] https://www.amazon.com/product-reviews/B01NBPG0LU/ref=acr_dp_hist_1?ie=UTF8&filterByStar=one_star&reviewerType=all_reviews#reviews-filter-bar (last visited Aug. 11, 2020).

[19] https://www.amazon.com/product-reviews/B006L9U4PK/ref=acr_dp_hist_1?ie=UTF8&filterByStar=one_star&reviewerType=all_reviews#reviews-filter-bar (last visited Aug. 11, 2020).

Do not buy this mattress. A year after purchasing I started getting rashes/bumps all over my body, sinus infections that wouldn't go away, low grade fever almost daily, waiting up in the middle of the night due to itchiness. I was on antibiotics and antifungals for months due to inaccurate diagnoses. In desperation, I started reading about every product in my home and finally found these reviews about fiberglass! Got rid of my mattress a week ago and symptoms are clear. I never took the cover off but the fiberglass poked through. I could also visibly see many many pieces on my bedskirt - wish the photo was better. Please please please don't buy this.[20]

I bought this without reading the bad reviews of course. The first night i even slept on it i woke up with severely itchy eyes. I went to the doctor thinking I had Pink Eye or something without the other symptoms. But even after an antibiotic for my eyes they're still SEVERELY itchy. I put two and two together and read some of the negative reviews here to see if anyone had that problem. I'm really upset about this it's super scary.[21]

All seemed well for a few weeks, but then I began to experience itching and skin irritation, which became worse over the ensuing weeks. Welts formed on my upper arms and trunk. They reminded me of the feeling one gets when exposed to fiberglass particles during an insulation installation.

It took me a while to identify the cause, but going back to read negative comments about the product on [redacted], it became clear to me that the problem was with the mattress. It looks to be that the delay between purchase and symptoms were related to the breakdown of the fire retardant layer and subsequent working of those sharp particles making their way through the Zinus mattress cover, the waterproof cover, the sheets, and, finally, my pajamas and other clothing, the latter three laundered periodically, which delayed or slightly reduced the problem for a day or so. The symptoms not only included welts and itching, but sneezing and coughing, too, especially right after removing the CPAP mask I wear every night and during naps.[22]

I have a mattress manufactured by zinus and sold by Walmart ...my mattress had no warnings anyway I never removed the cover off the mattress even tho its says u can...i had washed the sheet and i had a black shirt laying on the mattress with no sheet and the shade was open and I seen sparkles allover my black shirt...I found that these mattresses can leak fiberglass ...there is so many complaints on this issue ..I am concerned about children sleeping on these mattresses and breathing this in and irritation of eyes and skin and parents are not

---

[20] *Id.*

[21] *Id.*

[22] https://www.saferproducts.gov/ViewIncident/1964543 (last visited Aug. 11, 2020).

knowing about this..I would of not known if I had not seen it on my black shirt ...and this is my guest room where my family sleep...[23]

31.     On the same "Submit a Request" page, Zinus also includes a drop-down option for "Glass Fiber (Cover Removed)."  Zinus includes a zipper on most (if not all) of their mattresses which implies that their mattress covers are safe to remove, presumably for purposes of laundering them.

32.     Customers have certainly believed this to be true, writing reviews such as "[t]he included cover is decent - and zippered for removal so washing will be easy," and "[t]here is a zipper around the tan bottom on three full sides of the mattress, making removal of the cover very simple for cleaning.[24]

33.     However, unzipping the mattress cover exposes the fiberglass sleeve, which even more facilitates fiberglass escaping into the environment.  On information and belief, the zipper is only included in the mattress for the purpose of making the mattress easier and less expensive to place inside the mattress cover during production.  However, Zinus takes no steps at the end of the production process to prevent users from opening the mattress.

34.     This has led to countless complaints online, across several platforms, including Reddit, Amazon, and others.  For example, customers on Reddit have stated:

> I, without realizing my Zinus mattress had fiberglass on its inside which seems so obvious now, foolishly cleaned the mattress cover. I have a small apartment and laid the mattress down in the middle of the living room to place the cover back down. I realized last night that fiberglass shards were covering my bed, my bedding and blankets, pillows, as well as the rug and loveseat in my living room.
>
> I have a shop vac and threw away all the bedding and pillows and spent hours cleaning my sofa, rug, and bedroom carpet. I also threw out my mattress after covering it in plastic wrap. I still see sparkles on my sofa although much less. I have an air filter equipped with a HEPA filter running 24/7. The itchiness has also subsided. All exposed clothing I wrapped in trash bags and will take to the laundromat tomorrow.[25]

---

[23] https://www.saferproducts.gov/ViewIncident/1932668 (last visited Aug. 11, 2020).

[24] https://www.slumbersearch.com/zinus-mattress-reviews (last visited Aug. 11, 2020).

[25] https://www.reddit.com/r/Mattress/comments/c1w5s5/fiberglass_shards_from_zinus_mattress/ (last visited Aug. 11, 2020).

My entire apartment is covered in fiberglass in the middle of a quarantine. Would not recommend.[26]

So I've had a Zinus Green Tea mattress since 2017, and recently we have been feeling/seeing what we thought were bug bites. After inspecting the cover and seeing no signs of bugs or shells, I noticed the cover has a zipper underneath.

So I thought "let's look whether there are bugs inside." By the time I fully unzipped I then decided "let's wash this thing just in case there are some unseen bugs trapped inside." Huge mistake.

Turns out the inside of the cover was absolutely loaded with "glass fiber", had no clue and there was no clear warning not to unzip. Turns out the company has a small "do not remove" tag hidden behind the main mattress cover tag, but even that tag doesn't warn you're about to explode little plastic threads all over your apartment.

So now, these things are fucking everywhere.[27]

They leak fiberglass and Zinus does not warn you about it. I took the zipper cover off and the layer underneath spilled fiberglass into my entire bedroom. There was no warning label or anything. I had no idea this could happen. I've had to throw away hundreds of dollars worth of belongings that have been contaminated with fiberglass. I've spent days cleaning and decontaminating my room. Had to buy a HEPA filter vacuum, HEPA air purifier, cleaning supplies, etc. I also had to throw away over half of my wardrobe. It's a fucking nightmare. Thankfully it was contained to my bedroom but I'm easily out $2,000, if not more, because of fucking Zinus. I reached out to them as well and they have yet to contact me back. They should be shut down.[28]

35.     Customers have logged similar complaints on Amazon:

Please be aware and pay heed to all one star reviews posted here . The fiber glass Is real thing which you will never be aware of until and unless you beam a flashlight on mattress surface areas which are subjected to STRESS. All these Glass fibers would start to glisten.(Smear with Black cloth and then shine

---

[26] https://www.reddit.com/r/Mattress/comments/fixq2t/zinus_mattress_fiberglass/ (last visited Aug. 11, 2020).

[27] https://www.reddit.com/r/Mattress/comments/hay2fe/accidentally_released_glass_fiber_into_apartment/ (last visited Aug. 11, 2020).

[28] https://www.reddit.com/r/Mattress/comments/hwprvp/whatever_you_do_do_not_buy_a_zinus_mattress/ (last visited Aug. 11, 2020).

flash light if difficulty seeing on white surface)

They are every where and were there for a year(s) and My Kids and Myself were breathing on them.[29]

I pulled the mattress out of the cardboard box with a small tear in it! I never took it out of the plastic! I immediately saw the fiberglass floating in the air. I had it back out of the house within 3 hours. Seven months later my air cleaners are still pulling fiberglass out of the air.[30]

My son complained and thought the mattress had bed bugs because of the itching. No bugs, it was Fiberglass particles coming from mattress. Emailed customer support who told me to trash it immediately but then they didn't respond to my replacement. So now we will go the weekend without a mattress, plus had to trash the sheets and comforter.[31]

I specifically ordered the mattress with the removable cover, so that I could wash it. Upon doing so, I unleashed a nightmare of trillions of mini glass slivers into my apartment. The glass attaches to everything, and I will have to throw away bags full of clothes and bedding coverings to rid myself from them. I have tried vacuuming, lint rolling, and re-washing, but the fibers are relentless. For months I itched all over and thought I was having seasonal allergies or bug bites. It wasn't until one night I noticed sparkles all over when a small night light illuminated the glass all over my purple and black comforter. I played with the light some more and saw the glass slivers reflected in my mattress, bedding, clothes, and skin. Upon removing the cover and reading the label, it sad that the bedding contained glass fibers primarily. In the future, Zinus, should maybe make a clear warning about removing the "removable cover," and secondly... perhaps just don't make a removable cover or advertise the product as having a removable cover, if it poses a health hazard.

Aside from the itching, coughing, and sneezing, I also had one sliver get in my eye, and have had a "lovely" little red spot there ever since. The money spent on health, and trying to clean up the mess made by this so-called cost-effective mattress, is seriously not worth it.[32]

---

[29] https://www.amazon.com/product-reviews/B00Q7EPPDA/ref=acr_dp_hist_1?ie=UTF8&filterByStar=one_star&reviewerType=all_reviews#reviews-filter-bar (last visited Aug. 11, 2020).

[30] *Id.*

[31] https://www.amazon.com/product-reviews/B006L9U4PK/ref=acr_dp_hist_1?ie=UTF8&filterByStar=one_star&reviewerType=all_reviews#reviews-filter-bar (last visited Aug. 11, 2020).

[32] *Id.*

Fiberglass will eventually get everywhere. The inner lining is made from fiberglass. Didn't even know this was legal . All my clothes are covered in fiberglass.[33]

36.     Consumers have also complained on SaferProducts.gov, the CPSC's website for consumer complaints and recalls:

Fabric covering was removed and washed from a child's foam mattress, which i believe released fiberglass shards of fire protectant all around his room. My child has since broken out in rashes, lacerations and hives/itching on all uncovered skin (arms and legs). He is unable to sleep in his bed, or even go into his room. The itching and allergen is incredible. He has slept on the couch in the living room, and condition improved. We throroughly cleaned his room and he returned for 1 night - to wake up to further hives and irritation this morning. Not sure what else to do except remove everything from his room and further clean.[34]

I washed the covers of my 4 kids.. they are memory foam and my whole house got fiberglass. I had to throw away all 4 sets of bedding and bunch of clothes since my washer had fiberglass and I did not notice were all this fiber glass until it was way too late. My mattress cover had no label indicating I could remove it to wash it. And I did it to all 4 mattresses so the amount of fiberglass was just too much. We had our clothes ruined and occasionally we will get some on us and get skin irritation my poor kids lost alot of school uniforms and my husband work clothes including daily clothe. The pain you get when you have cloth filled with fiberglass is unimaginable.[35]

37.     Similarly, Walmart's website is also flooded with complaints about fiberglass:

If I could rate this a 0 stars I would! This product fails to lable its box when purchased that it has 62% fiberglass!!! Now my clothes and apartment is contaminted. My 3 year old daughter was complaining of itching and her skin is now irritaed. Im having to throw away alot of my personal belongings. Please read and watch to educate yourself on this product! I guess what im trying to say is for the Love of god please DO NOT PURCHASE!! CHEAP FOR A REASON!![36]

Bed is comfortable and all. Price point was great when I bought it. 2 years

---

[33] https://www.amazon.com/product-reviews/B006L9U4PK/ref=cm_cr_getr_d_paging_btm_next_4?ie=UTF8&filterByStar=one_star&reviewerType=all_reviews&pageNumber=4#reviews-filter-bar (last visited Aug. 11, 2020).

[34] https://www.saferproducts.gov/ViewIncident/1973776 (last visited Aug. 11, 2020).

[35] https://www.saferproducts.gov/ViewIncident/1951016 (last visited Aug. 11, 2020).

[36] https://www.walmart.com/ip/Spa-Sensations-by-Zinus-8-Memory-Foam-Mattress-Twin/12542630 (last visited Aug. 11, 2020).

of use and I decide to take the polyester cover off and found a glass fiber lining. If you feel itchy while sleeping on it, check the inner lining for deterioration. It's supposed to be there for flame retardant but shouldn't be falling apart. Be careful inhaling it too.[37]

PLEASE STAY AWAY FROM THIS MATTRESS! There is FIBERGLASS UNDERNEATH THE COVER WHICH IS CENTAMETERS FROM YOUR FACE ! There is FIBER GLASS ON MY CLOTHES,ON MY SKIN[38]

I bought a 12 inch mattress 4 years ago by zenus and it leaked fiberglass ...Consumer beware ask about it.[39]

38.    Lastly, several news organizations have run stories of families needing to take extensive remediation because of fiberglass leakage from their mattresses.  Most recently, in February 2020, KMOV in St. Louis, Missouri noted:

They'd never noticed the mattress tag, showing that inner cover was 62% glass fiber.

"It creates little cuts on your skin," said Scott Green with AdvantaClean of Madison County.

Green has dealt with fiberglass before. He said it is common in furnace filters and insulation, and he said it is put in mattresses on purpose to make them more fire-resistant.

But when it gets disrupted, it can go everywhere, creating a nightmare for people it comes in contact with.

"People will experience eye irritation, throat, you may sneeze a lot, you may cough, you may have a tickle in your throat. It's likely the fiberglass has gotten in your body," Green said.

But cleaning it up is a huge job that can cost big bucks.

"Depending on the situation, it would range from thousands to possibly tens of thousands of dollars," Green said.

---

[37] https://www.walmart.com/reviews/product/6538605?rating=1(last visited Aug. 11, 2020).

[38] https://www.walmart.com/reviews/product/6538605?page=3&rating=1 (last visited Aug. 11, 2020).

[39] https://www.walmart.com/reviews/product/829338717?rating=1 (last visited Aug. 11, 2020).

Experts say fiberglass released from a mattress ought to be cleaned up by a professional. In fact, Robert and Amanda were told to stay away from their home, unless they and their children wore protective clothing and masks.[40]

39.     Zinus has scarcely addressed the issue of its use of fiberglass.  In one comment in response to a complaint on SaferProducts.gov from a consumer who removed the cover, Zinus noted, "The fiberglass fire barrier is a healthier alternative to compliance with fire retardant regulations than by using fabrics treated with fire retardant chemicals, such as chlorinated tris, brominated retardants, antimony or boric acid. The fiberglass used as an FR [fire retardant] barrier does not pose a risk of inhalation because it is 'continuous filament' fiberglass and is not considered hazardous. (See Federal Register, Vol. 71, No. 50, Section H3(c), p. 13479)"[41]

40.     However, the statement that fiberglass is "healthier" than using chemical treatments is Zinus' opinion and is not backed up by the section of the Federal Register quoted in its response.  The FTC allows several different methods to reduce flammability of mattresses, several of which have caused concern from medical professionals.  Instead, Zinus has cherry-picked its preferred FR barrier based on cost and not on actual health benefits to the consumer. Indeed, the section of the Federal Register Zinus quoted states,

> Comment. One commenter specifically mentioned fiberglass as a potentially hazardous FR treatment due to inhalation of glass fibers.
>
> Response. The type of fiberglass used in textiles and FR barriers, "continuous filament," is not considered hazardous.[42]

41.     While the science on the danger from fiberglass remains in flux, at no point does

---

[40] Lauren Trager, *News 4 Investigates: The danger lurking in your mattress*, KMOV4 (Feb. 15, 2020) https://www.kmov.com/news/news-4-investigates-the-danger-lurking-in-your-mattress/article_2bb77cc2-4eb7-11ea-b4c6-0319ba20d45f.html (last visited Aug. 11, 2020).

[41] https://www.saferproducts.gov/ViewIncident/1932249 (last visited Aug. 11, 2020).

[42] Consumer Product Safety Commission, *Part II: 16 CFR Part 1633, Standard for the Flammability (Open Flame) of Mattress Sets; Final Rule*, FEDERAL REGISTER, VOL. 71, NO. 50 (Mar. 15, 2006), p. 9, https://bhgs.dca.ca.gov/laws/tb_appendixa.pdf (last visited Aug. 11, 2020).

Zinus contend that fiberglass seepage does not pose a risk to customer comfort or create a condition that does not require remediation.

42.     As a result, in an effort to produce mattresses as cheaply and quickly as possible, Zinus has designed, manufactured, and sold mattresses that seep fiberglass particles when used within the parameters of daily wear.  This seepage is possibly dangerous to consumers, but certainly leads to itchiness, discomfort, unpleasant dermatologic reactions, and can require expensive remediation.  Many consumers have also reported needing to throw out bedding, carpeting, clothes and toys which have materials that can hold fiberglass particles for a long period of time.  Zinus does not adequately disclose this to consumers, and in fact goes out of its way to avoid disclosing it on its website.

43.     While Defendant's mattresses do not need to have the covers removed to shed fiberglass (as demonstrated above), they also do not take reasonable steps to ensure that consumers cannot easily remove the mattress covers, instead using an inexpensive zipper system to place the covers around the mattresses rather than simply sewing the mattresses shut.  This leads to tremendous (and reasonable) confusion on the part of consumers who believe it is perfectly safe to remove the mattress cover for cleaning purposes.  Again, Zinus could choose to make mattresses and mattress covers that are safer for use, but instead, Zinus uses the cheapest possible methods at the risk of consumer comfort and safety.

## CLASS ACTION ALLEGATIONS

44.     Plaintiff brings this action on behalf of himself and as a class action under Federal Rules of Civil Procedure, rule ("Rule(s)") 23(a), (b)(2), and (b)(3), seeking damages and equitable relief on behalf of the following nationwide Class:

All persons residing in the United States who purchased a Zinus mattress.

45.     Plaintiff also brings this action on behalf of himself and as a class action under Rule 23(a), (b)(2), and (b)(3), seeking damages and equitable relief on behalf of the following Subclass:

> All persons residing in the State of Hawaii who purchased a paid Zinus mattress.

46.     In the alternative, Plaintiff brings this action on behalf of himself and as a class action under Rule 23(a), (b)(2), and (b)(3), seeking damages and equitable relief on behalf of the following Class:

> All persons residing in the United States who have purchased a Zinus mattress and have experienced fiberglass leakage without removing the cover of their mattress.

47.     Similarly, in the alternative, Plaintiff also brings this action on behalf of himself and as a class action under Rule 23(a), (b)(2), and (b)(3), seeking damages and equitable relief on behalf of the following Subclass:

> All persons residing in Hawaii who have purchased a Zinus mattress and have experienced fiberglass leakage without removing the cover of their mattress.

48.     Excluded from the Class are Defendant; any parent, affiliate, or subsidiary of Defendant; any entity in which Defendant has a controlling interest; any of Defendant's officers or directors; and any successor or assign of Defendant. Also excluded are any Judge or court personnel assigned to this case and members of their immediate families.

49.     Plaintiff hereby reserves the right to amend or modify the class definition with greater specificity or division after having had an opportunity to conduct discovery.

50.     **Numerosity. Fed. R. Civ. P. 23(a)(1).** Consistent with Rule 23(a)(1), the Class and Subclass are so numerous that joinder of all members is impracticable. While Plaintiff does not know the exact number of the members of the Class or Subclass, Plaintiff believes it contains at least tens of thousands of people. The exact number of Class and Subclass members are known to Defendant through billing and profile records. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. mail, electronic mail, internet postings, social media, and/or published notice.

51.    **Commonality. Fed. R. Civ. P. 23(a)(2) and (b)(3).** Consistent with Rule 23(a)(2) and with 23(b)(3)'s predominance requirements, common questions of law and fact exist as to all members of the Class and Subclass, and predominate over any questions affecting individual Class and Subclass members. Such questions of law and fact common to the Class and Subclass include, but are not limited to:

a.    Whether Defendant misrepresented the nature and safety of its mattresses;

b.    Whether Defendant knew its mattresses were unsafe for consumers;

c.    Whether Defendant intentionally omitted or misled customers about the contents of its mattresses;

d.    Whether Defendant engaged in the wrongful conduct alleged herein;

e.    Whether Defendants' conduct constituted unfair or deceptive trade practices;

f.    Whether Plaintiff and Class members were injured and suffered damages or other losses because of Defendant's fraudulent conduct; and

g.    Whether Plaintiff and Class members are entitled to relief, including equitable relief.

52.    **Typicality. Fed. R. Civ. P. 23(a)(3).** Consistent with Rule 23(a)(3), Plaintiff's claims are typical of the claims of the members of the Class and Subclass. Plaintiff is a consumer who purchased a Zinus mattress and who would not have purchased it or would have paid less had he known that the mattress contained fiberglass and was prone to leaking glass fibers. Plaintiff's damages and injuries are akin to those of other Class and Subclass members, and Plaintiff seeks relief consistent with the relief of the Class and Subclass members.

53.    **Adequacy. Fed. R. Civ. P. 23(a)(4).** Consistent with Rule 23(a)(4), Plaintiff is an adequate representative of the Class and Subclass because Plaintiff is a member of the Class and Subclass and is committed to pursuing this matter against Defendant to obtain relief for the Class and Subclass. Plaintiff has no conflicts of interest with the Class and Subclass members. Plaintiff's Counsel are competent and experienced in litigating class actions, including privacy litigation. Plaintiff intends to vigorously prosecute this case and will fairly and adequately protect the Class' and Subclass' interests. Plaintiff's claims arise out of the same common course

of conduct giving rise to the claims of the other members of the Class and Subclass. Plaintiff's interests are coincident with, and not antagonistic to, those of the other members of the Class and Subclass.

54. **Superiority. Fed. R. Civ. P. 23(b)(3).** Consistent with Rule 23(b)(3), a class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The quintessential purpose of the class action mechanism is to permit litigation against wrongdoers even when damages to individual plaintiffs may not be sufficient to justify individual litigation. Here, the damages suffered by Plaintiff and the Class and Subclass are relatively small compared to the burden and expense required to individually litigate their claims against Defendants, and, thus, individual litigation to redress Defendant's wrongful conduct would be impracticable. Individual litigation by each Class and Subclass member would also strain the court system. Individual litigation creates the potential for inconsistent or contradictory judgments and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties and provides the benefits of a single adjudication, economies of scale, and comprehensive supervision by a single court.

55. **Injunctive and Declaratory Relief.** Class certification is also appropriate under Rule 23(b)(2) and (c). Defendants, through uniform conduct, acted or refused to act on grounds generally applicable to the Class and Subclass as a whole, making injunctive and declaratory relief appropriate to the Class and Subclass as a whole.

56. Finally, all members of the proposed Class and Subclass are readily ascertainable. Defendant has access to customer payment and billing records that will show who is a Class and Subclass member.

**<u>FIRST CLAIM FOR RELIEF</u>**
**Breach of Implied Warranty of Merchantability**
**By Plaintiff on Behalf of the Class and Subclass**

57. Plaintiff repeats the allegations contained in paragraphs 1 through 56 as if fully set forth herein.

58.     Defendant, as the designer, manufacturer, and/or distributor, impliedly warranted that the Product was fit for its intended purpose in that the Product was safe for use in sleeping and for prolonged placement inside domiciles.  Defendant did so with the intent to induce Plaintiff and proposed Class and members to purchase the Products.

59.     Defendant breached its implied warranty because the Product does not have the characteristics or benefits as promised, as described herein above.

60.     As the manufacturer of the Product, Defendant had or should have had actual knowledge of the breach/misrepresentations regarding the Products, including the specific product purchased by the Plaintiff.  Additionally, the Defendant received notice from Plaintiff on June 11, 2020 of Plaintiff's claims via an e-mail to Zinus customer service.

61.     Plaintiff and proposed Class members were injured as a direct and proximate result of Defendant's breach because: (a) they would not have purchased the Products or would not have paid as much for the Products if they had known the true facts; (b) they purchased and paid more for the Products due to the implied warranties;  (c) the Product did not have the quality or value as impliedly warranted; and (d) they also needed to remediate problems resulting from fiberglass leakage throughout their domiciles as a result of using the Product.

**SECOND CLAIM FOR RELIEF**
**Hawaii Unfair Competition Act, Haw. Rev. Stat. § 480-1 *et seq.***
**(By Plaintiff on Behalf of the Hawaii Subclass)**

62.     Plaintiff restates and realleges paragraphs 1 through 61 as if fully set forth herein.

63.     Plaintiff and the Hawaii Subclass are consumers within the meanings of Haw. Rev. Stat. § 480-1.

64.     Defendant's mattresses are commodities within the meaning of Haw. Rev. Stat. § 480-1.

65.     Defendant either represented that its mattresses had characteristics which they did

not, in fact, have or omitted information that was material to Plaintiff and members of the Hawaii Subclass in determining whether or not to purchase Defendant's mattresses.

66. Further, Defendant advertised its mattresses without intent to sell them as advertised.

67. Additionally, Defendant used unfair or deceptive acts or practices in the manufacture, marketing and sale of its mattresses.

68. Defendant is liable to Plaintiff and the Hawaii Subclass for damages, including treble damages, compensatory damages, reasonable attorney's fees, and injunctive relief as set forth in Haw. Rev. Stat. § 480-13.

### THIRD CLAIM FOR RELIEF
**Unjust Enrichment**
**(By Plaintiff on Behalf of the Class and Subclass)**

69. Plaintiff repeats the allegations contained in paragraphs 1 through 68 as if fully set forth herein.

70. Plaintiff brings this claim individually and on behalf of the members of the Class and Subclass against Defendant.

71. Plaintiff and the other members of the Class and Subclass conferred benefits on Defendant by purchasing Defendant's mattresses.

72. Defendant has been unjustly enriched by retaining the revenues derived from Plaintiff's and the other members of the Class' and Subclass' purchases of its mattresses. Retention of the monies under these circumstances is unjust and inequitable because Defendant's representations were misleading to consumers, which caused injuries to Plaintiff and the other members of the Class and Subclass because they would not have purchased the Defendant's mattresses services if the true facts had been known.

73. Because Defendant's retention of the non-gratuitous benefits conferred on it by Plaintiff and the other members of the Class and Subclass is unjust and inequitable, Defendant must pay restitution to Plaintiff and the other members of the Class and Subclass for its unjust enrichment, as ordered by the Court.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of himself and the Class and Subclass, respectfully seeks from the Court the following relief:

a.   Certification of the Class and Subclass as requested herein;

b.   Appointment of Plaintiff as Class Representative and his undersigned counsel as Class Counsel;

c.   An order awarding Plaintiff and members of the proposed Class and Subclass damages, including economic damages and damages stemming from remediation of the issues in this complaint;

d.   An order awarding Plaintiff and members of the proposed Class and Subclass equitable, injunctive and declaratory relief, including the enjoining of Defendant's conduct at issue herein and Defendant's continuation of its unlawful business practices as alleged herein;

e.   An order declaring that Defendant's acts and practices as alleged herein are fraudulent;

f.   An order awarding Plaintiff and members of the proposed Class and Subclass pre-judgment and post-judgment interest as permitted by law;

g.   An order awarding Plaintiff and members of the proposed Class and Subclass reasonable attorney fees and costs of suit, including expert witness fees; and

h.   An order awarding Plaintiff and members of the proposed Class and Subclass any further relief the Court deems proper.

**JURY DEMAND**

Plaintiff, on behalf of himself and the Class and Subclass, hereby demands a trial by jury on all issues so triable pursuant to Rule 38.

DATED: August 12, 2020                     Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Betsy C. Manifold*

BETSY C. MANIFOLD

BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. BYRD
byrd@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
BRITTANY N. DEJONG
dejong@whafh.com
750 B Street, Suite 1820
San Diego, California
Telephone: 619/239-4599
Facsimile:  619/234-4599

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC**
CARL MALMSTROM (*pro hac vice forthcoming*)
malmstrom@whafh.com
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: 312/984-0000
Facsimile:   212/545-4653

*Attorneys for Plaintiff*

ZINUS: 26623